1 ILENE J. LASHINSKY (#003073)
United States Trustee
2 District of Arizona

3 PATTY CHAN (CA Bar #256200)
Trial Attorney
4 230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
5 Phone: (602) 682-2633
FAX:   (602) 514-7270

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) Chapter 7 |
|---|---|
| CARL WILLIAM FRONTERA, | ) No. 2:08-bk-15277-CGC |
| | ) |
| | ) UNITED STATES TRUSTEE'S |
| | ) MOTION TO EXTEND TIME TO FILE |
| | ) A COMPLAINT OBJECTING TO |
| | ) DISCHARGE |
| Debtor. | ) |

The United States Trustee moves this Court for an order pursuant to FRBP 9006 and 4004(b) and states as follows:

1. The case was filed on October 29, 2008.

2. The first set date for the meeting of creditors in this case was December 4, 2008.

3. Accordingly, the last date by which a party must file a motion to dismiss pursuant to 11 U.S.C. Section 707(b)(3) or a complaint objecting to the Debtors' discharge pursuant to 11 U.S.C. section 727(a) is February 2, 2009.

4. Although the United States Trustee has been informally corresponding with Debtor's counsel, additional information is required and the United States Trustee has begun seeking formal discovery under Rule 2004.

5. The United States Trustee moves for an additional sixty days past the deadline set forth above to file a complaint objecting to

discharge because the United States Trustee is in the process of investigating the acts, conduct or property or the liabilities and financial condition of the Debtor, and other matters which may affect the administration of the Debtor's estate, or the Debtor's right to discharge and has not yet been able to determine whether it is appropriate to take action with respect to these issues.

WHEREFORE, the United States Trustee respectfully requests that the Court to enter an order extending the time for the United States Trustee to file a complaint objecting to discharge for another sixty days until April 3, 2009.

RESPECTFULLY SUBMITTED this 2nd day of February, 2009.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/S/ PC (CA #256200)
PATTY CHAN
Trial Attorney

Copy of the foregoing faxed on
February 2, 2009 to:

JOHN JOSEPH VOLIN
JOHN JOSEPH VOLIN, P.C.
2033 E. WARNER RD., STE. 106
Fax : 480-820-3575
Debtor's Attorney

Copy of the foregoing mailed
February 3, 2009 to:

JOHN JOSEPH VOLIN
JOHN JOSEPH VOLIN, P.C.
2033 E. WARNER RD., STE. 106
TEMPE, AZ 85284-3417
Debtor's Attorney

CARL WILLIAM FRONTERA
4609 EAST FLOWER STREET
PHOENIX, AZ 85018
Debtor

```
1  DALE D. ULRICH
   PMB-615 1928 E. HIGHLAND, #F104
2  PHOENIX, AZ 85016-4626
   Chapter 7 Trustee
3
   /s/ C. Craig
4
```